# STROOCK

By CM/ECF

September 23, 2013

James L. Bernard
Direct Dial: 212-806-5684
Fax: 212-806-6006
jbernard@stroock.com

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 730
New York, NY 10007-1581

Re:   In re: 650 Fifth Avenue and Related Properties
      08 CIV. 10934 (KBF) and All Member and Related Cases

Dear Judge Forrest:

We represent the Greenbaum, Acosta, Beer and Kirschenbaum judgment creditors. On September 20, the Court directed the Judgment Creditors to inform the Court by 5:00 p.m. today regarding their position on the remaining alter ego claim. We apologize for the delay, but we are in the process of working through some issues and, with the Court's permission, will send the Court our position by the end of the day today.

Respectfully submitted,

James L. Bernard

cc:   Counsel of Record