

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 17, 2013

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: OCT 1 8 2013
```

**BY E-MAIL  (ForrestNYSDChambers@nysd.uscourts.gov)**

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1950
New York, NY 10007

        Re:    **In Re: 650 Fifth Avenue and Related Properties,**
                 **08 Civ. 10934 (KBF)**

Dear Judge Forrest:

        The Government respectfully submits this letter to request permission to file a reply in support of the Government's Motion for Summary Judgment. *See* Government's Motion (ECF D.E. 956). Yesterday, the Alavi Foundation and 650 Fifth Avenue Company (collectively, "Claimants") filed their Opposition to the Government's Motion. *See* Claimants' Opp. (ECF D.E. 979). Claimants' Opposition raises issues of law and fact that the Government wishes to address. Should the Court grant the Government's application, the Government's reply will be filed on Wednesday, October 23, 2013.

*Ordered*
*Application granted.*

K. B. Fo[rrest]
USDJ

10/18/13

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York

By:  */s/ Anand Sithian*
Sharon Cohen Levin
Michael D. Lockard
Martin S. Bell
Carolina A. Fornos
Assistant United States Attorneys
Anand Sithian
Special Assistant United States Attorney
(212) 637-1060/2193/2463/2740/1085

cc:    Counsel of Record (via e-mail)